THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MURRIE SIEGEL, Appellant.

*Appeal — death of defendant in criminal case — motion to dismiss appeal granted.*

People v. *Siegel*, 213 App. Div. 827, appeal dismissed.

(Submitted October 11, 1926; decided October 19, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 6, 1925, which affirmed a judgment of the Nassau County Court convicting the defendant of the crime of burglary in the second degree.

The motion was made upon the ground that the defendant is now deceased.

*Elvin N. Edwards, District Attorney (Charles I. Wood* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.